■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLA MAE MOORE, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Lange, J.), rendered April 22, 1988, convicting her of assault in the second degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Thompson, J. P., Kunzeman, Spatt and Balletta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLEVELAND MOORER, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (West, J.), rendered June 3, 1987.

Ordered that the judgment is affirmed (see, People v Kazepis, 101 AD2d 816; People v Mateo, 144 AD2d 388). Mangano, J. P., Brown, Lawrence, Kooper and Harwood, JJ., concur.